United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 15, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-11301
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADEMOLA OGUNBANWO,

Defendant-Appellant.

--------------------
Appeal from the United States District
for the Northern District of Texas
USDC No. 4:04-CR-65-ALL-Y
--------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Counsel for Ademola Ogunbanwo, Assistant Federal Public
Defender for the Northern District of Texas, has moved for leave
to withdraw and filed a brief in accordance with <u>Anders v.
California</u>, 386 U.S. 738 (1967).  Ogunbanwo filed a response
asserting several bases for appeal.  Our independent review of
the brief, Ogunbanwo's response, and the record discloses no
nonfrivolous issues for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.